IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
THIRD DIVISION

| | |
|---|---|
| JIM and GEORGIA MCDONALD, Individually, and as Parents and Natural Guardians for JOHN MCDONALD and MICHAELA MCDONALD, minors,<br><br>Plaintiffs,<br>v.<br><br>CARGILL MEAT SOLUTIONS CORP., a foreign corporation,<br><br>Defendant. | Case No. 07-CV-4541 PAM/JSM<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

IT IS HEREBY ORDERED AND ADJUDGED, by agreement of the parties and the Court being well and sufficiently advised, that this action shall be dismissed without prejudice, each party to pay its own costs.

Signed and entered this __11th__ day of January, 2008.

                                                    s/ Paul A. Magnuson
                                                  Paul A. Magnuson
                                                  United States District Court Judge